UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BAILEY, | 1:06-cv-00460-OWW-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 8) |
| vs. | **ORDER DISMISSING ACTION** |
| DERRAL ADAMS, | |
| Defendant. | |

Plaintiff, Michael D. Bailey ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 21, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On December 12, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1   In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1.  The Findings and Recommendations, filed November 21,
8 2006, are ADOPTED IN FULL; and,
9   2.  This action is DISMISSED in its entirety, without leave
10 to amend, for plaintiff's failure to state a claim upon which
11 relief may be granted.
12 IT IS SO ORDERED.
13 **Dated:   January 29, 2007**              **/s/ Oliver W. Wanger**
   emm0d6                         UNITED STATES DISTRICT JUDGE